440 A.2d 1239

Commonwealth v. Chapman, Appellant.

Submitted August 31, 1981. J. David Underman, for appellant; Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

Order of the court affirmed.